UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

A.A., BY AND THROUGH
HIS MOTHER, P.A., ET AL.

CIVIL ACTION

VERSUS

REBEKAH GEE, ET AL.

NO: 19-00770-BAJ-RLB

ORDER

IT IS ORDERED that Plaintiffs' Motion for Leave to Proceed Anonymously Through Pseudonyms (Doc. 3) is GRANTED.

Baton Rouge, Louisiana, this 4th day of December, 2019.

_____
JUDGE BRIAN A. JACKSON
UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA